**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| NICHOLAS BLANCHARD,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTA BOARD OF EDUCATION; MARTHA WITHAM, Chair, Augusta Board of Education, in her official and individual capacities; and AUGUSTA SCHOOL DEPARTMENT;<br><br>Defendants. | : | Case No. 1:26-cv-00049-SDN |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND DECREE**

The Parties jointly request that the Court enter the proposed consent judgment and decree, attached as an exhibit to this motion. The parties have engaged in settlement talks in good faith for the past two months and jointly propose this consent judgment and decree to resolve this lawsuit without further litigation on the merits of the case.

"A consent decree embodies an agreement of the parties, that they desire and expect will be reflected in, and be enforceable as, a judicial decree." *Aronov v. Napolitano*, 562 F.3d 84, 90-91 (1st Cir. 2009) (internal quotation marks omitted). When reviewing a motion for entry of a consent judgement, courts must ensure "that the parties have validly consented; that reasonable notice has been given possible objectors; that the settlement is fair, adequate, and reasonable; that the

proposed decree will not violate the Constitution, a statute, or other authority; that it is consistent with the objectives of Congress; and, if third parties will be affected, that it will not be unreasonable or legally impermissible as to them." *Durrett v. Hous. Auth. of Providence*, 896 F.2d 600, 604 (1st Cir. 1990). "Evaluating fairness requires an examination of the procedural and substantive aspects of the consent judgment from the standpoint of signatories to the decree." *Consumer Direct Media LLC v. Leads Capture LLC*, Civil Action No. 22-CV-10459-AK, 2024 U.S. Dist. LEXIS 105996, at *8 (D. Mass. June 14, 2024) (cleaned up). Courts have discretion to approve a consent decree, in accordance with the "strong public policy in favor of settlements." *Id.* at *4 (quoting *United States v. Comunidades Unidas Contra La Contaminacion*, 204 F.3d 275, 280 (1st Cir. 2000)).

Here, the proposed consent judgment and decree is the result of extensive good-faith negotiations among the parties. *See* Dkt. 26 at 1. The proposed decree is fair, adequate, and reasonable; consistent with this Court's preliminary injunction, *see* Dkt. 24; and does not violate the Constitution, or any law or other authority. The agreed-upon judgment does not affect the rights of third parties, and objectors have had notice of this lawsuit and parties' attempts to resolve it through court filings, see Dkt. 26 at 1, and Defendants' own public meetings. The proposed consent judgment will prevent the waste of judicial resources and public resources that would occur if parties continued to litigate the case despite their substantial agreement about terms.

Entering the proposed consent judgment and decree is an appropriate exercise of this Court's equitable powers. The parties, thus, respectfully request that this Court enter the proposed consent judgment and decree.

Dated: August 24, 2026

Respectfully submitted,

*/s/ David Gordon*
David Gordon
Maine Bar No. 011432
Stephen C. Smith
Maine Bar No. 8270
STEVE SMITH TRIAL LAWYERS
191 Water Street
Augusta, ME 04330
Tel: (207) 622-3711
Fax: (207) 707-1036
david@americantrialgroup.com
steve@americantrialgroup.com

*/s/Nathan J. Ristuccia*
Nathan J. Ristuccia*[1]
Virginia Bar No. 98372
Brett Nolan*
DC Bar No. 90014964
INSTITUTE FOR FREE SPEECH
1150 Connecticut Ave., NW, Ste. 801
Washington, D.C. 20036
Tel: (202) 301-3300
Fax: (202) 301-3399
nristuccia@ifs.org
bnolan@ifs.org
* *Pro hac vice*

*Counsel for Plaintiff*

*/s/Melissa A. Hewey*
Melissa A. Hewey
Susan M. Weidner
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Tel: (207) 772-1941
Fax: (207) 772-3672
mhewey@dwmlaw.com
sweidner@dwmlaw.com

*Counsel for Defendants*

[1] Not a D.C. Bar Member but providing legal services in the District of Columbia exclusively before federal courts, as authorized by D.C. Ct. App. R. 49(c)(3).