**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| NICHOLAS BLANCHARD,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTA BOARD OF EDUCATION; MARTHA WITHAM, Chair, Augusta Board of Education, in her official and individual capacities; and AUGUSTA SCHOOL DEPARTMENT;<br><br>Defendants. | Case No. 1:26-cv-00049-SDN |

**[PROPOSED] CONSENT JUDGMENT AND DECREE**

BEFORE THE COURT is the Parties' Joint Motion for Entry of Consent Judgment and Decree. The Court, having reviewed the terms of the proposed Consent Judgment, hereby finds that the proposed judgment is "fair, adequate and reasonable," *Consumer Direct Media LLC v. Leads Capture LLC*, Civil Action No. 22-CV-10459-AK, 2024 U.S. Dist. LEXIS 105996, at *8 (D. Mass. June 14, 2024). Furthermore, both parties validly consented to the consent decree, and reasonable notice has been given to possible objectors. As a result, the Consent Judgment should be GRANTED.

IT IS THEREFORE ORDERED, with the consent of the Parties, that

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343;

2. The Augusta School Department consents to the entry of a permanent injunction enjoining it from enforcing those portions of the prior version of Policy BEDH (since repealed), as interpreted by this Court in its April 29, 2026 Order, *see* ECF No. 24 ("Order"), and which this Court preliminarily enjoined in that Order;
3. Defendants shall pay Plaintiff a single joint payment of $17.91 in monetary damages, to recompense for his past injury to his First Amendment rights;
4. Plaintiff is deemed a prevailing party for purposes of recovering reasonable attorneys' fees and expenses from Defendants pursuant to 42 U.S.C. § 1988 and for the purposes of recovering taxable costs pursuant to Federal Rule of Civil Procedure 54(d);
5. Within 30 days of the entry of this judgment, parties will either jointly submit an agreement to this Court resolving the issues of costs, attorneys' fees, and expenses or jointly propose a schedule for litigating such costs, fees, and expenses; and
6. This Court shall retain jurisdiction over this matter to enforce the provisions of this Consent Judgment and for such further relief as may be appropriate.

**SO ORDERED.**

This ______ day of ______, 2026.

______________________________

Stacey D. Neumann
United States District Judge